**FILED**

PROPOSED ORDER/COVER SHEET

APR 0 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO:    **Honorable Maria Elena James**
       **U.S. Magistrate Judge**

RE:    **Sonny Detrick**

FROM:  **Claudette Silvera, Chief**
       **U.S. Pretrial Services Officer**

DOCKET NO.:    **CR-05-0797MHP**

DATE    **April 5, 2006**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Rich Sarlatte | 415 436-7508 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

RE:    **VIOLATION OF RELEASE CONDITIONS**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
       Magistrate Judge_____ Presiding District Court Judge_____

☒    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒    Modification(s)
       A. Deletion of the Electronic Monitoring condition.
       B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER

4-6-06
DATE

Cover Sheet (12/03/02)