Mary McNamara, SBN # 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for SONNY LEE DETRICK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        vs.<br><br>EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK,<br><br>                            Defendants. | Case No.  CR 05 00797 MHP (MEJ)<br><br>STIPULATION AND I[PROPOSED] ORDER RE SURETIES' AGREEMENT TO REMAIN ON REDUCED BOND; DECLARATIONS OF SURETIES AGREEING TO REMAIN ON REDUCED BOND ATTACHED |

**I.     Recitals**

On February 8, 2006, at his initial appearance, this Court granted defendant Sonny Lee Detrick's motion for bail pending trial. Because the Court at that time did not have a bail report on defendant, it ordered the following restrictive conditions of release, pending receipt of a bail report: The bond was to have a face amount of $500,000, to be secured in that amount by the posting of defendant's parents' property, which was to be done forthwith; defendant, defendant's parents, sister and ex-partner to sign the bond as sureties and, defendant to be placed on electronic monitoring until a bail study could be completed and the Court had an opportunity to reassess the amount of bail and conditions of release at a further hearing that the Court set for February 15, 2006.

**Order re Sureties Remaining on Reduced Bond
re Sonny Lee Detrick
CR 05 00797 MHP (MEJ)**

On February 15, 2006, upon motion of defendant Detrick and after hearing argument from counsel for defendant Detrick and the United States, Magistrate Judge Maria Elena James reduced defendant Detrick's bail from $500,000 (fully secured by the posting of defendant's parents' property), to $200,000, of which $100,000 was to be secured by the posting of defendant's own property in place of his parents' property. The Court ordered that, pending the re-signing of a new bond by the sureties and the posting of defendant's property in the amount of $100,000, defendant's parents' property was to remain as security for defendant's bond. The Court also ordered that defendant should remain on electronic monitoring for thirty days to assess his compliance with the terms of his release, and that, if in the assessment of Pretrial Services, defendant was compliant in that time period, Pretrial Services could make the decision to terminate electronic monitoring for defendant after he had been on monitoring for the 30 days.

On March 29, 2006, having determined that defendant Detrick was compliant with the terms of his release, Pretrial Services terminated electronic monitoring of defendant, which action the Court approved on April 6, 2006.

On February 24, 2006, defendant Detrick recorded a deed of trust on his property to secure bail in the amount of $100,000.

On October 19, 2006, after receiving approval from Assistant United States Attorney C. David Hall, defendant Detrick posted all documents with the district court in connection with his bail. As of this date, defendant's parents' property still also remains as security on the bond.

Attached as Exhibit A are the declarations of each of the original sureties on the bond, which was executed at defendant's first appearance on February 8, 2006, namely, defendant Sonny L. Detrick, Nancy Detrick (defendant's mother), Darrell Wyatt (defendant's step-father), Misty Wyatt (defendant's half sister) and Charity Kemp (defendant former domestic partner). In these declarations, each of the sureties attests that he or she has been advised that the Court has granted defendant Detrick's motion to reduce the amount of the bond from $500,000 to $200,000 and that only $100,000 of this amount must now be secured. Each surety also attests that this $100,000 will be secured by defendant Detrick's

**Order re Sureties Remaining on Reduced Bond**
**re Sonny Lee Detrick**
**CR 05 00797 MHP (MEJ)**

property, in substitution for his parents' property, and that the parents' property will be reconveyed to them. Each surety attests that, understanding these changes, he or she is willing to remain as a surety on the bond. Each surety lives in Humboldt County, California.

## II. Stipulation

Based on the foregoing, the United States through its attorney Kevin V. Ryan, and through its Assistant United States Attorney, C. David Hall, on the one hand, and defendant Detrick, through his attorney, Mary McNamara, on the other hand, hereby stipulate as follows:

1. The separate declarations of the sureties should be accepted by the Court and, via issuance of the order attached hereto, the sureties be deemed to be bound to the terms of the reduced bond, as ordered on February 15, 2006. Accordingly, the sureties should be bound to a bond that carries a face amount of $200,000 and that is secured by defendant's property in the amount of $100,000. All other conditions of the bond executed in Court on February 8, 2006 should remain in full force and effect, except for the electronic monitoring condition, which has previously been removed. Accordingly, there should be no requirement that the sureties appear in court to sign a new bond.

2. Defendant's parents' property should be reconveyed to them. Accordingly, the clerk of court should be directed to reconvey the property of Nancy Detrick and Darrell Wyatt to them. Defendant Detrick's property should remain as security on the bond.

IT IS SO STIPULATED:

Dated: 10-18-06

_____
C. David Hall
Assistant United States Attorney

Dated: 10/18/06

_____
Mary McNamara
Counsel for Sonny Lee Detrick

**ORDER**

**Order re Sureties Remaining on Reduced Bond
re Sonny Lee Detrick
CR 05 00797 MHP (MEJ)**

3

Based upon the factual representations contained herein and the stipulation of the parties, IT IS ORDERED AS FOLLOWS:

1. The separate declarations of the sureties are hereby accepted by the Court and the sureties are hereby deemed to be bound to the terms of the reduced bond, as ordered on February 15, 2006. Accordingly, the sureties are bound to a bond that carries a face amount of $200,000 and that is secured by defendant's property in the amount of $100,000. All other conditions of the bond executed in Court on February 8, 2006 remain in full force and effect, except for the electronic monitoring condition, which has previously been removed.

2. The clerk of the court is hereby directed to reconvey the property of Nancy Detrick and Darrell Wyatt to them. Defendant Detrick's property is ordered to remain as security on the bond.

IT IS SO ORDERED

October 23, 2006

_____
MARIA ELENA JAMES
United States Magistrate Judge

**Order re Sureties Remaining on Reduced Bond**
**re Sonny Lee Detrick**
**CR 05 00797 MHP (MEJ)**

4

# EXHIBIT A

Mary McNamara SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for SONNY L. DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK,<br><br>Defendants. | Case No. CR 05 00797 MHP (MEJ)<br><br>DECLARATION OF SURETY NANCY DETRICK IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

I, Nancy Detrick, hereby declare as follows:

1. I am the defendant Sonny Detrick's mother. On February 8, 2006, I appeared in court and I signed the Appearance Bond in the amount of $500,000, to be secured by my property in that amount, on behalf of my son, defendant Sonny Detrick. I understood that when I signed this bond I undertook to act as a surety to guaranty my son's appearance at all court dates in the above-referenced matter.

2. I am informed by my son's counsel, Mary McNamara, that, on February 15, 2006, the Court has granted his motion to reduce the amount of the bond from $500,000 to $200,000 and that only $100,000 of this amount must now be secured. I also understand that this $100,000 will be secured by my son's property and that my property will be reconveyed to me. Understanding these changes, I agree to continue to be bound by the Appearance Bond that I signed on February 8, 2006.

**Decl. of Surety Nancy Detrick**

1  I declare under penalty of perjury of the laws of the United States that the foregoing is true and
2  correct.
3  Executed this 23 day of March, 2006 at Garberville, California.

_____
Nancy Detrick

17 State of California  }
                        } SS.
18 County of Humboldt }

19
20  On March 23, 2006 before me, James Lamport, notary public, personally appeared
    NANCY DETRICK,
21  proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to
    the within instrument and acknowledged to me that she executed the same in her authorized
22  capacity, and that by her signature on the instrument the person, or the entity on behalf of which
    the person acted, executed the instrument.
23
24  WITNESS my hand and official seal.

25  (Seal)



_____
James Lamport, notary public



**Decl. of Surety Nancy Detrick**                2

Mary McNamara SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for SONNY L. DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK,<br><br>           Defendants. | Case No. CR 05 00797 MHP (MEJ)<br><br>DECLARATION OF SURETY DARRELL WYATT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

I, DARRELL Wyatt, hereby declare as follows:

1.   I am the defendant Sonny Detrick's stepfather. On February 8, 2006, I appeared in court and I signed the Appearance Bond in the amount of $500,000, to be secured by my property in that amount, on behalf of my stepson, defendant Sonny Detrick. I understood that when I signed this bond I undertook to act as a surety to guaranty my stepson's appearance at all court dates in the above-referenced matter.

2.   I am informed by my stepson's counsel, Mary McNamara, that, on February 15, 2006, the Court has granted his motion to reduce the amount of the bond from $500,000 to $200,000 and that only $100,000 of this amount must now be secured. I also understand that this $100,000 will be secured by my stepson's property and that my property will be reconveyed to me. Understanding these changes, I agree to continue to be bound by the Appearance Bond that I signed on February 8, 2006.

**Decl. of Surety DARRELL Wyatt**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 23 day of March, 2006 at Garberville, California.

*Darrell Wyatt*
~~Daryl~~ Wyatt
DARRELL

State of California }
} SS.
County of Humboldt }

On March 23, 2006 before me, James Lamport, notary public, personally appeared
DARRELL WYATT,
proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

*James Lamport*
James Lamport, notary public

DARRELL
**Decl. of Surety ~~Daryl~~ Wyatt**  2

Mary McNamara SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for SONNY L. DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK, <br><br> Defendants. | Case No. CR 05 00797 MHP (MEJ) <br><br> DECLARATION OF SURETY MISTY WYATT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

I, MISTY Wyatt, hereby declare as follows:

1. I am the defendant Sonny Detrick's half-sister. On February 8, 2006, I appeared in court and I signed the Appearance Bond in the amount of $500,000, to be secured by my parents' property in that amount, on behalf of my half-brother, defendant Sonny Detrick. I understood that when I signed this bond that I undertook to act as a surety to guaranty my half-brother's appearance at all court dates in the above-referenced matter.

2. I am informed by my half-brother's counsel, Mary McNamara, that, on February 15, 2006, the Court has granted his motion to reduce the amount of the bond from $500,000 to $200,000 and that only $100,000 of this amount must now be secured. I also understand that this $100,000 will be secured by my half-brother's property and that my parents's property will be reconveyed to them. Understanding these changes, I agree to continue to be bound by the Appearance Bond that I signed on

**Decl. of Surety MISTY Wyatt**

1  February 8, 2006.

2      I declare under penalty of perjury of the laws of the United States that the foregoing is true and

3  correct.

4      Executed this 23 day of March, 2006 at Garberville, California.

6                                               Misty Wyatt

7                               ~~Melissa~~ Wyatt
                             MISTY

17  State of California    }
                             } SS.

18  County of Humboldt  }

19      On March 23, 2006 before me, James Lamport, notary public, personally appeared

20                               MISTY WYATT,

21  proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized

22  capacity, and that by her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

23

24      WITNESS my hand and official seal.

25      (Seal)

26      JAMES LAMPORT
    COMM. # 1635355
    NOTARY PUBLIC - CALIFORNIA
    HUMBOLDT COUNTY
27      MY COMM. EXP. JAN. 31, 2010

                                              James Lamport, notary public

28

                MISTY
**Decl. of Surety ~~Melissa~~ Wyatt**                  2

1 | Mary McNamara SBN 147131
2 | SWANSON, McNAMARA & HALLER LLP
  | 300 Montgomery Street, Suite 1100
3 | San Francisco, California 94104
  | Telephone: (415) 477-3800
4 | Facsimile: (415) 477-9010

5 | Attorneys for SONNY L. DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 05 00797 MHP (MEJ) |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF SURETY CHARITY KEMP IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK, | |
| Defendants. | |

I, Charity Kemp, hereby declare as follows:

1. I am the defendant Sonny Detrick's ex-partner. On February 8, 2006, I appeared in court and I signed the Appearance Bond in the amount of $500,000, to be secured by my property in that amount, on behalf of my ex-partner, defendant Sonny Detrick. I understood that when I signed this bond I undertook to act as a surety to guaranty Mr. Detrick's appearance at all court dates in the above-referenced matter.

2. I am informed by Mr. Detrick's counsel, Mary McNamara, that, on February 15, 2006, the Court has granted his motion to reduce the amount of the bond from $500,000 to $200,000 and that only $100,000 of this amount must now be secured. I also understand that this $100,000 will be secured by my ex-partner's property and that his parents' property will be reconveyed to them. Understanding these changes, I agree to continue to be bound by the Appearance Bond that I signed on

**Decl. of Surety Charity Kemp**

1  February 8, 2006.

2      I declare under penalty of perjury of the laws of the United States that the foregoing is true and
3  correct.

4      Executed this 20 day of March, 2006 at Fortuna, California.

                                                */s/ Charity Kemp*
                                                Charity Kemp

**Decl. of Surety Charity Kemp**                                               2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

STATE OF CALIFORNIA
COUNTY OF _Humboldt_ } SS

On _March 20, 2006_ before me, _L. Howatt, Notary Public_,
personally appeared _Charity Kemp_,
NAME(S) OF SIGNER(S)

personally known to me — OR — proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Seal: L. HOWATT, COMM. #1479098, NOTARY PUBLIC • CALIFORNIA, HUMBOLDT COUNTY, My Comm. Expires April 24, 2008]

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

---

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**
INDIVIDUAL
CORPORATE OFFICER

_____
TITLE(S)
PARTNER(S)
LIMITED or GENERAL
ATTORNEY-IN-FACT
TRUSTEE(S)
GUARDIAN/CONSERVATOR
OTHER:

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S( OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_Declaration_
TITLE OR TYPE OF DOCUMENT

_2_
NUMBER OF PAGES

_3/20/06_
DATE OF DOCUMENT

_None_
SIGNER(S) OTHER THAN NAMED ABOVE

|   |   |
|---|---|
| 1 | Mary McNamara SBN 147131 |
|   | SWANSON, McNAMARA & HALLER LLP |
| 2 | 300 Montgomery Street, Suite 1100 |
|   | San Francisco, California 94104 |
| 3 | Telephone: (415) 477-3800 |
|   | Facsimile: (415) 477-9010 |

Attorneys for SONNY L. DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 05 00797 MHP (MEJ) |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF SURETY SONNY L. DETRICK IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| EDDIE LANE SHIELDS, JOHN DAVID MIRANDA, JR., and SONNY LEE DETRICK, | |
| Defendants. | |

I, Sonny L. Detrick, hereby declare as follows:

1.  I am a defendant in the above-referenced matter. On February 8, 2006, I appeared in court and I signed the Appearance Bond for myself, by which I undertook to act as a surety to guaranty my appearance at all court dates in the above-referenced matter.

2.  I understood at the time that I signed the Appearance Bond that, as a condition of my release, property in the amount of $500,000 was required to be posted.

3.  I know the Court has granted my motion to reduce the bail amount to $200,000, of which $100,000 is to be secured. I agree to continue to be bound by the Appearance Bond even though I

**Decl. of Surety Sonny L. Detrick**

understand that both the bail amount and the amount of security have been lowered in the aforementioned amounts.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 23 day of March, 2006 at Garberville, California.

_____
Sonny L. Detrick

State of California   }
                      } SS.
County of Humboldt    }

On March 23, 2006 before me, James Lamport, notary public, personally appeared SONNY L. DETRICK, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

(Seal)

JAMES LAMPORT
COMM. # 1635355
NOTARY PUBLIC - CALIFORNIA
HUMBOLDT COUNTY
MY COMM. EXP. JAN. 31, 2010

_____
James Lamport, notary public

**Decl. of Surety Sonny L. Detrick**                           2