Mary McNamara, SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for SONNY LEE DETRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SONNY LEE DETRICK,<br><br>　　　　　Defendant. | Case No.  CR 05 00797 MHP (MEJ)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXONERATION OF<br>BOND** |
|---|---|

**STIPULATION**

On June 4, 2007, Defendant Sonny Lee Detrick was sentenced to time served and five years supervised release in the above-captioned matter. In connection with his release before being sentenced, Mr. Detrick posted bond a $200,000 bond secured in part by equity in his property located at 704 Steelhead Road, Alderpoint, California.

As the case is now closed, the parties stipulate that the Court should order the exoneration of the bond and the reconveyance of the Deed of Trust for the property posted as collateral.

IT IS SO STIPULATED.

Dated: June 7, 2007

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Mary McNamara
　　　　　　　　　　　　　　　　　　SWANSON, McNAMARA & HALLER LLP
　　　　　　　　　　　　　　　　　　Attorneys for SONNY LEE DETRICK

Dated: June 12, 2007

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Kirstin Ault
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1 **ORDER**

2     For good cause shown, IT IS HEREBY ORDERED that the $200,000 bond as to Sonny Lee

3 Detrick is exonerated and the Clerk of the Court is instructed to provide to Mr. Detrick full

4 reconveyance for the property located at 704 Steelhead Road, Alderpoint, California.

6 Dated: June 26, 2007

7 Hon. Maria-Elena James
United States M...



2